# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:24-cr-100 |
| | ) | |
| Thomas Edward Blackwood | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-mj-00038 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Zoom Meeting Info Provided | Courtroom No.: |
|---|---|
| | Date and Time: 2/22/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: February 08, 2024

*Judge's signature*

*Printed name and title*